FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 16 2019

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| BRUCE J. BAKER | |
| | Case No. 4:17-cr-00094 KGB |
| | USM No. 22985-034 |
| | CHRIS TARVER |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1 and 2  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to not leave the judicial district without the permission of the court or probation officer. | 04/29/2019 |
| 2 | Failure to answer truthfully, all inquiries by the probation officer and follow instructions of the probation officer. | 04/23/2019 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4115

Defendant's Year of Birth: 1968

City and State of Defendant's Residence:
Little Rock, Arkansas

08/14/2019
Date of Imposition of Judgment

*Kristine M. Baker*
Signature of Judge

Kristine G. Baker, United States District Judge
Name and Title of Judge

August 16, 2019
Date

DEFENDANT: BRUCE J. BAKER
CASE NUMBER: 4:17-cr-00094 KGB

## ADDITIONAL SUPERVISED RELEASE TERMS

The Court adds the following condition of supervised release for the defendant:

The defendant must perform 40 hours of community service, under the guidance and supervision of the probation office, within the next six months.

All other terms previously imposed remain in full force and effect.